**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ABC IP, LLC, a Delaware limited liability company,**<br><br>**and**<br><br>**RARE BREED TRIGGERS, INC., a Texas corporation,**<br><br>**Plaintiffs.**<br><br>**v.**<br><br>**AR-15 GUN OWNERS OF AMERICA, INC., a Georgia corporation,**<br><br>**and**<br><br>**CHRIS ALLEN WALTZ, an individual,**<br><br>**Defendants.** | ) | CASE NO. __________<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO**
**RULE 7.1(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs ABC IP, LLC & Rare Breed Triggers, Inc. state as follows:

- ABC IP, LLC is a limited liability company organized under the laws of the State of Delaware. ABC IP, LLC has no parent corporation, and there is no publicly held corporation that has any ownership interest in it.
- Rare Breed Triggers, Inc. is a corporation incorporated under the laws of the State of Texas. Rare Breed Triggers, Inc., has no parent corporation, and there is no publicly held company that has any ownership interest in it.

DATED: June 9, 2026

Respectfully submitted,

*/s/ Jacqueline Tio*
Jacqueline Tio
GA Bar No. 940367
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, 21st Floor
Atlanta, GA 30309
Tel: (404 892-5005
Fax: (404) 892-5002
E-mail: tio@fr.com

Matthew A. Colvin (Pro Hac Vice forthcoming)
Texas Bar No. 24087331
Carl E. Bruce (Pro Hac Vice forthcoming)
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff (Pro Hac Vice forthcoming)
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1001 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

Glenn D. Bellamy (Pro Hac Vice forthcoming)
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

*Attorneys for Plaintiffs*
*ABC IP, LLC, and Rare Breed Triggers, Inc.*