| Attorney or Party without Attorney:<br>Jacqueline Tio, Esq. (SBN 940367)<br>E-mail: tio@fr.com<br>Fish & Richardson P.C.<br>1180 Peachtree Street Northeast 21st Floor<br>Atlanta, GA 30309<br>Telephone No:  (404) 892-5005<br><br>Attorney For:    Plaintiffs, ABC IP, LLC, and Rare<br>Breed Triggers, Inc. | For Court Use Only |
|---|---|
| | *Ref. No. or File No.:*<br>60817-0098LL1 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA<br>MACON DIVISION |

| *Plaintiff:*    ABC IP, LLC, a Delaware limited liability company, et al. |
|---|
| *Defendant:*    AR-15 GUN OWNERS OF AMERICA, INC., a Georgia corporation, et al. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:26-cv-00235-MTT |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET

3.  a.  Party served:      AR-15 GUN OWNERS OF AMERICA, INC., a Georgia corporation
    b.  Person served:    Chris Allen Waltz, Registered Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4.  Address where the party was served:   585 Carl Vinson Parkway, Suite 500, Warner Robins, GA 31088

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jun 11 2026 (2) at: 04:57 PM

6.  *Person Who Served Papers:*
    a. Michael Harbuck
    b. **FIRST LEGAL**
       110 West A Street #750
       SAN DIEGO, CA 92101
    c. (619) 231-9111

    d. **The Fee** for Service was:    $607.55

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

6.13.26 _____ (Date)

Michael Harbuck _____ (Michael Harbuck)



PROOF OF
SERVICE

16116429
(15265954)